### 996.  Brown *v.* The State.

Powell, J.  This case is controlled by *Plummer's case*, 1 *Ga. App.* 507 (57 S. E. 969), and *Tompkins'* case, 2 *Ga. App.* 639 (58 S. E. 1011).

*Judgment affirmed.*

Indictment for selling liquor, from Macon superior court—Judge Littlejohn.  January 10, 1908.

Submitted March 10,—Decided March 16, 1908.

*Hixon & Greer, James M. duPree,* for plaintiff in error.

*Frank A. Hooper, solicitor-general,* contra.